STATE, *ex rel.* T. H. MASTIN & COMPANY, Attorney in Fact for Subscribers at Consolidated Underwriters, v. W. V. KNOTT, As State Treasurer and ex-officio Insurance Commissioner.

STATE, *ex rel.* BRUCE DODSON, Attorney in Fact for Subscribers at Casualty Reciprocal Exchange, v. W. V. KNOTT, As State Treasurer and ex-officio Insurance Commissioner.

167 So. 20.

Opinion Filed March 31, 1936.

*McCord & Collins, Guyte P. McCord, Chas. M. Howell* (Kansas City) and *Wm. H. Allen* (Kansas City), for Relators;

*Cary D. Landis,* Attorney General, and *H. E. Carter* and *John L. Graham,* Assistants, and *Carl L. Owenby,* for Respondent.

PER CURIAM.—The motion to quash the alternative writ of mandamus in these cases is denied upon the authority of the decision in the case of State *ex .rel.* Fidelity and Casualty Company of New York, v. W. V. Knott, as Insurance Commissioner of the State of Florida, this day handed down, and respondent allowed ten days in which to answer.

WHITFIELD, C. J., and TERRELL, BROWN, BUFORD and DAVIS, J. J., concur.

STATE, *ex rel.* LIBERTY MUTUAL INSURANCE COMPANY, v. W. V. KNOTT, as State Treasurer, ex officio Insurance Commissioner.